JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARNER BROS. ENTERTAINMENT INC. <br><br> Plaintiff, <br><br> v. <br><br> JAMES CHIZMAR, JR. <br><br> Defendants. <br> _____ <br> JAMES CHIZMAR, JR. <br><br> Counter-claimant <br><br> v. <br><br> WARNER BROS. ENTERTAINMENT INC. <br><br> Counter-defendant. <br> _____ | Case No.: SACV14-00632 RGK (JPRx) <br><br> **[~~PROPOSED~~] ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO STIPULATION** |

1  PURSUANT TO STIPULATION and Federal Rule of Civil Procedure
2  41(a)(1)(A)(ii), this action is hereby dismissed with prejudice, including all
3  claims and counterclaims in their entirety, and with each party to bear its own
4  costs and attorneys' fees.

6  **IT IS SO ORDERED.**

8  DATED: August 12, 2015_____ *Gary Klausner*
9  _____ U.S. DISTRICT JUDGE